PATERNO, Respondent, v. PATERNO, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Mildred Paterno against Francis S. Paterno. H. A. Bloomberg, of New York City, for appellant. M. Simmons, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT and DOWLING, JJ., dissent, and vote to reduce alimony to $20 a week.

PAUL, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Bernard Paul, an infant, by Joseph Paul, his guardian ad litem, against Walter L. Clark. No opinion. Motions denied, without costs. See, also, 145 N. Y. Supp. 985.

PAULIS, Respondent, v. CODINGTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Annie Paulis against the Codington Company. A. G. McLaughlin, of New York City, for appellant. R. H. Ernest, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PAWOLOWSKI v. CITY OF SCHENECTADY et al. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Dennis Pawolowski against the City of Schenectady and others.

PER CURIAM. Final order affirmed, with costs.

HOWARD, J., dissents.

PENDER, Appellant, v. CITY OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Charles B. Pender against the City of Binghamton. No opinion. Motion denied. See, also, 145 N. Y. Supp. 1137.

PEOPLE, Respondent, v. BARTUGNO, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Ralph Bartugno. S. Wechsler, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. BERLINER, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York against Hirsch Berliner. H. Greenberg, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. BERTSCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Proceeding by the People of the State of New York against Philip Bertsch. No opinion. Appeal dismissed, upon stipulation filed.

PEOPLE, Respondent, v. CHRISTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Charles Christman. No opinion. Motion to dismiss appeal denied. Motion for leave to argue upon the original record granted, upon condition that appellant place the case on the April calendar and be ready for argument when reached; otherwise, motion denied.

PEOPLE, Respondent, v. CINCOTTA, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Proceeding by the People of the State of New York against Antonio Cincotta.

PER CURIAM. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, upon the ground that the evidence fails to establish the guilt of the defendant. See, also, 157 App. Div. 928, 142 N. Y. Supp. 1134.

BURR and RICH, JJ., dissent.

PEOPLE v. CLEARY. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York against William Cleary. No opinion. Motion granted, and time extended to and including February 20, 1914. Order filed.

PEOPLE v. DE LUCCA. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against August De Lucca. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. EKEROLD, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on complaint of Carmine E. Pugliese, against Hagbard Ekerold. No opinion. Motion granted; question certified; order filed. See, also, 145 N. Y. Supp. 1137.

PEOPLE v. FARRELL. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Thomas Farrell. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. FRANZONE, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Pro-